FILED
CLERK, U.S. DISTRICT COURT

MAY 11 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TOM RADEY,

        Plaintiff,

    vs.

METROPOLITAN LIFE INSURANCE
COMPANY; and CALIFORNIA
INSTITUTE OF TECHNOLOGY
EMPLOYEE WELFARE PLAN,

      Defendants.

CASE NO.: CV 11-344-SVW(AJWx)

**[PROPOSED] ORDER DISMISSING
CASE WITH PREJUDICE**

[Lodged Concurrently With:
  - [Stipulation for Dismissal]

Complaint Filed: January 12, 2011

BARGER & WOLEN LLP
18800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

i:\office7\7197\327\11pleadings\08a proposed order.doc

JUDGE'S COURTESY COPY

## ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice. IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: _5/11/11_    _____

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Submitted by:

BARGER & WOLEN LLP

/s/ Robert K. Renner
ROBERT K. RENNER
Attorneys for Defendants

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-1-